CP:MJR/PP/TM
F.# 2004R01448

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

BARRY DATARAM,
    also known as "Kevin," "Ledge"
    and "Fat Man,"

               Defendants.

- - - - - - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. _____
(T. 21, U.S.C., §§
841(a)(1),
841(b)(1)(A)(ii)(II),
846, 952(a), 960(a)(1),
960(b)(1)(B)(ii) and 963;
T. 18, U.S.C., §§ 2 and
3551 et seq.)

THE GRAND JURY CHARGES:

COUNT ONE

    1.    In or about and between February 2001 and December

2003, both dates being approximate and inclusive, within the

Eastern District of New York and elsewhere, the defendants BARRY

DATARAM, also known as "Kevin," "Ledge" and "Fat Man,"

together with others, did

knowingly and intentionally conspire to import a controlled

substance into the United States from a place outside thereof,

which offense involved five kilograms or more of a substance



A TRUE COPY
ATTEST
DATED 12/17/07 20
ROBERT C. HEINEMANN
CLERK
BY _____
DEPUTY CLERK

2

containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 952(a).

(Title 21, United States Code, Sections 960(a)(1), 960(b)(1)(B)(ii) and 963; Title 18, United States Code, Sections 3551 et seq.)

### COUNT TWO

2.    In or about and between February 2001 and December 2003, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants BARRY DATARAM, also known as "Kevin," "Ledge" and "Fat Man," ▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 841(b)(1)(A)(ii)(II) and 846; Title 18, United States Code, Sections 3551 et seq.)

### COUNT THREE

3.    In or about and between April 2003 and June 2003, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant BARRY DATARAM,

3

also known as "Kevin," "Ledge" and "Fat Man," did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(B)(ii); Title 18, United States Code, Sections 2 and 3551 et seq.)

COUNT FOUR

4.

COUNT FIVE

5.

4

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

�nbsp; <u>et</u> ▮

## ADDITIONAL ALLEGATIONS AS TO COUNTS ONE THROUGH FIVE

6.     The allegations contained in Counts One through Five are hereby realleged and incorporated as if fully set forth in this paragraph, and the additional allegations below are incorporated by reference into Counts One through Five.

7.     Based on (a) acts and omissions committed, aided, abetted, counseled, commanded, induced, procured and willfully caused by the defendants, and (b) all reasonably foreseeable acts and omissions of others in furtherance of a criminal plan, scheme, endeavor and enterprise undertaken by the defendants in concert with others; all of which occurred during the commission of the offense of conviction, in preparation for that offense and in the course of attempting to avoid detection and responsibility for that offense, the following conduct occurred (U.S.S.G. § 1B1.3(a)(1)):

5

      a.    The offenses involved at least one hundred and fifty kilograms of a substance containing cocaine (U.S.S.G. § 2D1.1(c)(1)).

      7.    The defendants BARRY DATARAM, also known as "Kevin," "Ledge" and "Fat Man," ████████████████████ ████████████████████████████████████ were organizers and leaders of criminal activity that involved five or more participants and was otherwise extensive (U.S.S.G. § 3B1.1(a)).

      A TRUE BILL

*Martin Rothenberg*
      FOREPERSON

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

# UNITED STATES DISTRICT COURT

EASTERN_____ District of_____ NEW YORK_____

THE UNITED STATES OF AMERICA

vs.

> BARRY DATARAM,
>   also known as "Kevin," "Ledge"
>   and "Fat Man,"

Defendants.

## INDICTMENT

Cr. No. _____
(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(A)(ii)(II),
846, 952(a), 960(a)(1), 960(b)(1)(B)(ii) and 963;
(T.18, U.S.C., §§ 2 and 3551 et seq.)

A true bill.      *Martin Rothenburg*
                                        Foreman

Filed in open court this_____day.
Of_____ A.D. 19_____

                                        Clerk

Bail, $_____

MICHAEL RAMOS, AUSA (718) 254-6532